UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PHL VARIABLE INSURANCE COMPANY )
)
    Plaintiff, )
)
v. ) CASE NO.: 5:13cv91
)
RONNIE TYRONE PEOPLES, SR. and )
PEOPLES FINANCIAL SERVICE, INC. )
)
    Defendants. )

### ORDER ON MOTION FOR LEAVE
### TO SEAL EXHIBIT "A" TO COMPLAINT

This matter is before the Court on Plaintiff's Motion for Leave to Seal Exhibit "A" to Complaint (Doc. 1-1).

The Court finds good cause to seal the document, as it contains personal information.

IT IS **ORDERED** that the Plaintiff's Motion for Leave to Seal Exhibit "A" to Complaint is **GRANTED**.

This the 18th day of April, 2013.

_____
LOUISE W. FLANAGAN
United States District Court Judge